1428

June 15, 2014

2017-Ohio-4289.]

**2017–0551. Ford Motor Credit Co. v. Agrawal.** Cuyahoga App. No. 103667, 2016-Ohio-5928. On motion for admission pro hac vice of Jonathan D. Hacker. Motion granted.

**2017–0403. In re Reed.**
Sua sponte, Joseph Dues Reed, Attorney Registration No. 0025938, last known business address in Columbus, Ohio, found in contempt for failure to comply with this court's order of April 12, 2017.

*June 16, 2017*

2017-Ohio-4315.]

**2016–1150. TEG Properties, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–1906. On the joint motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement. Cause remanded to the Board of Tax Appeals to take further action as appropriate.

*June 20, 2017*

2017-Ohio-4394.]

**2015–1309. State v. Ford.**
Summit Cty. C.P. CR 2013 04 1008(A). On motion for extraordinary fees and interim billing. Motion for extraordinary fees denied. Motion for interim billing granted.

*June 21, 2017*

2017-Ohio-4418.]